121

(No. 74-CC-113—Claimant )

PROFEXRAY DIVISION, LITTON MEDICAL PRODUCTS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed November 13, 1973.*

PROFEXRAY DIVISION, LITTON MEDICAL PRODUCTS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-116—Claimant )

TOWN HOUSE HOTEL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed November 13, 1973.*

TOWN HOUSE HOTEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.